## JONES *against* SMITH.

The act (sess. 41. ch. 55.) of the 24th of March, 1818, authorizing the appointment of commissioners, did not supersede the commissioners appointed by this Court.

    AN objection was made to the affidavit offered to be read in this cause, that it was not taken before a *commissioner*, appointed pursuant to the act of the last session, *March* 24, 1818, but before one of the commissioners appointed by the Court.

    *Per Curiam.* The act of the 24th of *March*, 1818, (sess. 41. c. 55.) authorizing the appointment of commissioners, did not supersede the commissioners appointed by this Court. An affidavit, therefore, taken before one of those commissioners, is good, and may be read.